# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NELSON ANCHERANI, | : |
| Plaintiff, | : |
| v. | : 3:13-CV-02595 |
| | : (JUDGE MARIANI) |
| CITY OF SCRANTON, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 18TH DAY OF JULY, 2016, IT IS HEREBY ORDERED THAT**:

1. Defendants' "Motion for Extension of Time to Answer Plaintiff's Amended Complaint" (Doc. 37) is **GRANTED**.

2. Defendants' "Answer & Affirmative Defenses to Plaintiff's Amended Complaint" is **DEEMED FILED**.

3. Plaintiff's "Motion to Strike Untimely Motion for Extension" (Doc. 38) is **DENIED**.

4. Within **seven (7) days** of the date of this Order, Plaintiff **SHALL NOTIFY** the Court and Opposing Counsel as to whether, in accordance with this Court's Memorandum (Doc. 47), he wishes to postpone the trial scheduled to commence on August 8, 2016 for the purpose of engaging in such discovery as he deems necessary with respect to any of the facts underlying the Defendants' defenses and affirmative defenses.

Robert D. Mariani
United States District Judge